UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL SMITH, et al.,<br><br>    Defendants. | Case No. 25-cv-06426-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 7 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Dkt. No. 7. Plaintiff shall file his amended complaint by November 3, 2025. Failure to file an amended complaint in the time provided may result in dismissal of this action without further notice to Plaintiff for failure to state a claim or failure to obey a court order. The Clerk shall include two copies of the court's complaint form with a copy of this order to Plaintiff.

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated:    9/30/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge