UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. WILKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIEL SMITH, et al.,<br><br>        Defendants. | Case No. 25-cv-06426-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 30, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge